AO 91 (Rev. 11/11)  Criminal Complaint  (modified 3/31/2020)

# UNITED STATES DISTRICT COURT
для the
Western District of Pennsylvania

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 21-1993 |
| ERIC M. KORTZ | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 7, 2021  in the county of  Allegheny  in the  Western  District of  Pennsylvania , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. sections 1111 and 1114; and | Murder of an Employee of the United States |
| Title 18 U.S.C. sections 924(c)(1)(A)(i) and (iii) | Possession of a Firearm in Furtherance of a Crime of Violence and Carrying, Use, and Discharge of a Firearm in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

/s/ Erik Bohin
*Complainant's signature*

Erik Bohin, Special Agent, USPIS
*Printed name and title*

Sworn and subscribed before me, by telephone pursuant to Fed. R. Crim. P. 4.1(b)(2)(A).

Date: 10/07/2021

*Judge's signature*

City and state: Pittsburgh, PA

Cynthia Reed Eddy, Chief US Magistrate Judge
*Printed name and title*