**RECORD OF MAGISTRATE'S PROCEEDINGS**

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # 2:21-mj-1993-CRE-1 |
| vs | DATE OF COMPLAINT 10/7/2021 |
| ERIC KORTZ | CRIMINAL DOCKET NUMBER |
| | DATE OF INDICTMENT |
| | STATUTE: 18:1111, 18:1114, 18:924 |

DATE ARRESTED: 10/7/2021

## INITIAL APPEARANCE

| Before Magistrate | [ ] LENIHAN | [X] EDDY | Date: 10/7/2021 | C.D. Index |
|---|---|---|---|---|
| | [ ] DODGE | [ ] LANZILLO | Time: 5:27 pm – 5:37 pm | Tape Index: |
| | [ ] KELLY | [ ] PESTO | | |

U. S. ATTORNEY   JONATHAN LUSTY

1. RIGHTS EXPLAINED

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [X] Read     [ ] Summarized     [ ] Reading waived
   - [ ] Defendant provided with a copy of the charges
   - [X] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [X] Read     [ ] Summarized     [ ] Reading waived

4. COUNSEL
   - [X] Defendant requested appointment     [ ] Defendant waived appointment
   - [X] Defendant represented by: ANDREW LIPSON
   - [ ] Defendant expects to retain:
   - [X] Affidavit executed.
   - [ ] Not Qualified   [X] Qualified   [ ] with possible requirement for partial or full payment
   - [X] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL   Recommended Bond:
   Bond Set at:
   - [ ] By Consent     [ ] Additional Conditions Imposed: .
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [ ] Temporary Commitment issued     [ ] Final Commitment issued
   - Bond Review Hearing Set For:
   - Detention Hearing Set For: Tuesday 10/12 at 3:00 pm before Magistrate Judge Dodge

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   Preliminary Exam: 10/12 at 3pm   Before Magistrate Judge Dodge

ADDITIONAL COMMENTS: